IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED

JUN 1 3 2016

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| DARREL RANF,<br><br>                Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION,<br>a Delaware corporation, d/b/a<br>NORTHWESTERN ENERGY,<br><br>                Defendant. | CV-14-44-BU-SEH<br><br>**ORDER** |

On January 11, 2016, the Court amended the March 23, 2015, Scheduling Order[1] and extended the pretrial motions deadline to: "All pretrial motions, other than discovery motions, shall be filed and fully briefed on or before: May 27, 2016."

On May 20, 2016, Plaintiff filed a Motion in Limine to Exclude Opinions of Defendant's Expert Witness Lynda L. Brown,[2] and Plaintiff's Cross Motion for

---

[1] Doc. 36.

[2] Doc. 55.

Partial Summary Judgment.[3] On May 23, 2016, Plaintiff filed a Motion in Limine Re Reasons for Discharge.[4] Plaintiff's motions are untimely.[5] No reasons or justifications for the late filings were proffered.

ORDERED:

Plaintiff's Motion in Limine to Exclude Opinions of Defendant's Expert Witness Lynda L. Brown,[6] Plaintiff's Motion in Limine Re Reasons for Discharge,[7] and Plaintiff's Cross Motion for Partial Summary Judgment[8] are DENIED.

DATED this 13th day of June, 2016.

SAM E. HADDON
United States District Judge

---

[3] Doc. 53.

[4] Doc. 58.

[5] *See* L.R.7.1(d)(1)(B)(i)-(ii).

[6] Doc. 55.

[7] Doc. 58.

[8] Doc. 53.