IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| DARREL RANF, | |
| Plaintiff, | CV-14-44-BU-SEH |
| vs. | |
| NORTHWESTERN CORPORATION, a Delaware corporation, d/b/a NORTHWESTERN ENERGY, | ORDER |
| Defendant. | |

Based upon the record made in open court,

ORDERED:

Defendant's Motion for Summary Judgment[1] is GRANTED in part as follows:

1. Defendant's Motion for Summary Judgment[2] relating to Plaintiff's wrongful discharge claims are DENIED.

---

[1] Doc. 45.

[2] Doc. 45.

2. Defendant's Motion for Summary Judgment[3] relating to Plaintiff's claims for damages stemming from emotional distress is GRANTED.

3. Defendant's Motion for Summary Judgment[4] relating to Plaintiff's claims for punitive damages is GRANTED.

DATED this 6th day of July, 2016.

SAM E. HADDON
United States District Judge

---

[3] Doc. 45.

[4] Doc. 45.