FILED

SEP 15 2016

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| DARREL RANF,<br><br>        Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION,<br>a Delaware corporation, d/b/a<br>NORTHWESTERN ENERGY,<br><br>        Defendant. | CV-14-44-BU-SEH<br><br>**ORDER** |

  The following exhibits are admitted into evidence without objection for purposes of trial:

  1. Plaintiff's Exhibits: 1, 2, 4, 5, 6, 8, 9, 10, 11, 13, 14, 17, 19, 20, 21, 23, 25, 26, 28, 29, 32, 33, 36, 37, 39, 41, 50, 53, 58, 59, 62.

  2. Admissibility of all other will offer exhibits will be ruled on prior to

trial at a hearing to be set by further order of the Court.

DATED this 15th day of September, 2016.

SAM E. HADDON
United States District Judge