**FILED**

SEP 15 2016

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| DARREL RANF,<br><br>                Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION,<br>a Delaware corporation, d/b/a<br>NORTHWESTERN ENERGY,<br><br>                Defendant. | CV-14-44-BU-SEH<br><br>**ORDER** |

The following exhibits are admitted into evidence without objection for purposes of trial:

1. Defendant's Exhibits: 507, 520.

2. Admissibility of all other will offer exhibits will be ruled on prior to

trial at a hearing to be set by further order of the Court.

DATED this 15TH day of September, 2016.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge