FILED

SEP 2 6 2016

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| DARREL RANF,<br><br>    Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION,<br>a Delaware corporation, d/b/a<br>NORTHWESTERN ENERGY,<br><br>    Defendant. | CV-14-44-BU-SEH<br><br>ORDER |

A Joint Notice to Court of Settlement[1] and Unopposed Motion to Vacate Hearing[2] having been filed,

ORDERED:

1. The Unopposed Motion to Vacate Hearing[3] is GRANTED. The hearing set for September 27, 2016, is VACATED.

---

[1] Doc. 102.

[2] Doc. 103.

[3] Doc. 103.

2. All pending motions[4] are DENIED as MOOT.

3. The parties shall file a stipulation for dismissal and proposed order of dismissal within 20 days of the date of this Order.

DATED this 26th day of September, 2016.

SAM E. HADDON
United States District Judge

---

[4] Docs. 79 and 81.