FILED

OCT 17 2016

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| DARREL RANF,<br><br>Plaintiff,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br>a Delaware corporation, d/b/a<br>NORTHWESTERN ENERGY,<br><br>Defendant. | Cause No. CV-14-44-BU-SEH<br><br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

This matter came before the Court on the Stipulation for Dismissal with Prejudice. In accordance with the Stipulation and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

DATED this 17th day of October, 2016.

Sam E. Haddon
United States District Judge